ORIGINAL

William M. Nolan, Esq. (SBN 89995)
Attorney at Law
7844 La Mesa Blvd.
LA Mesa, CA 91941-4646
Tel: (619) 698-0977
Fax: (619) 698-0978

FILED
07 NOV -8 PM 12:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorneys for Use-Plaintiff
**TESTING ENGINEERS – SAN DIEGO, INC.**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2142 H (WMC)

| | |
|---|---|
| THE UNITED STATES for the use and benefit of TESTING ENGINEERS – SAN DIEGO, INC., a California corporation, | CASE NO. |
| Use-Plaintiff, | **COMPLAINT FOR BREACH OF CONTRACT AND ON MILLER ACT PAYMENT BOND** |
| v. | |
| C.E. WYLIE CONSTRUCTION CO., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 20, inclusive, | |
| Use-Defendants. | |

Use-Plaintiff complains and alleges:

### JURISDICTION

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331 as a federal question and by virtue of 40 U.S.C. § 270(a) - 270(e) (Miller Act). Use-plaintiff is a claimant pursuant to U.S.C. § 270(a) - 270(e).

### VENUE

2. Venue is proper in the United States District Court for the Southern District of California as the contract was performed within this district as provided by Title 40, U.S.C. § 270(b).

1                    COMPLAINT FOR BREACH OF CONTRACT

## PARTIES

3. Use-plaintiff, TESTING ENGINEERS – SAN DIEGO, INC. ("use-plaintiff") is, and at all times herein mentioned was, a California corporation with its principal place of business in the city of San Diego, County of San Diego, State of California.

4. Use-plaintiff, is informed and believes, and thereon alleges, that defendant C.E. WYLIE CONSTRUCTION CO. ("WYLIE") is, and at all times mentioned herein was, a corporation duly organized and existing under and by virtue of the laws of the State of California authorized and doing business in the State of California.

5. Use-plaintiff is informed, believes, and on that basis alleges that defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS") is, and at all times mentioned was, a corporation duly organized and existing under and by virtue of the laws of the state of Connecticut, and authorized to do business in the State of California, acting as a corporate surety on Miller Act bonds as required by the United States of America and its various agencies.

6. Use-plaintiff is informed, believes, and thereon alleges that at all times herein mentioned, each of the defendants sued herein was the agent and employee of each of the remaining defendants and was at all times acting within the course and scope of such agency and employment.

## FACTS

7. On or about a date 2005, WYLIE entered into a written contract with Department of the Navy ("NAVY") for that certain work of improvement known as Hanger Recapitalization, West Apron, City of El Centro, State of California ("prime contract").

8. On or about a date in 2005, WYLIE, as principal, and TRAVELERS, as the surety, executed a payment bond number 104351126 ("bond") in accordance with the provisions of Title 40 of the U.S.C. § 270(a), guaranteeing payment of all persons having a direct relationship with WYLIE or a subcontractor of WYLIE for furnishing labor, materials or both in the prosecution of the work provided for in the prime contract.

9. The bond was delivered to and accepted by the NAVY and it inures to the benefit of use-plaintiff.

2  COMPLAINT FOR BREACH OF CONTRACT

10. On or about August 24, 2005, use-plaintiff and subcontractor WYLIE entered into a written agreement ("Agreement") for quality control testing, for earthwork, concrete, masonry & structural steel, materials, supplies, and/or services from use-plaintiff. Among other things, the agreement provided that WYLIE shall pay the agreed charges for said quality control testing for earthwork, concrete, masonry and structural steel, equipment, materials, supplies, and/or services as provided for therein.

11. Said quality control testing for earthwork, concrete, masonry and structural steel, equipment materials, supplies and/or services furnished by use-plaintiff in and for the prosecution of said work, were and are reasonably worth the sum of $180,800.00, only a part of which has been paid to use-plaintiff. There is now due and owing to use-plaintiff the sum of $100,767.75, together with interest at the rate of 10% per annum from September 12, 2007, until paid.

## FIRST CLAIM FOR RELIEF

(Breach of Contract - Against WYLIE)

12. Use-plaintiff realleges and incorporates herein by reference each and every allegation of paragraphs 1 through 11, as set forth above.

13. Use-plaintiff has performed all conditions, covenants and promises on its part required to be performed in accordance with the Agreement and written and oral revisions, change orders and extras.

14. WYLIE breached the Agreement and written and oral revisions, change orders and extras by refusing to pay use-plaintiff amounts due in accordance with the Agreement and written and oral revisions, change orders and extras.

15. As a direct and proximate result of WYLIE's breach, use-plaintiff has incurred damages in the sum of $100,767.75, together with interest thereon at the maximum legal rate from and after a date according to proof.

16. In order to present its claim and prosecute this action, use-plaintiff has been compelled to engage the law firm of William M. Nolan Attorney at Law. Pursuant to the terms of the Agreement, use-plaintiff is entitled to reasonable attorney's fees and costs.

## SECOND CLAIM FOR RELIEF

(On Payment Bond - WYLIE and TRAVELERS)

17. Use-plaintiff realleges and incorporates herein by reference each and every allegation of paragraphs 1 through 16, as set forth above.

18. WYLIE has failed and refused to pay use-plaintiff monies due it for quality control testing, equipment, material, supplies and/or services furnished by use-plaintiff, as set forth above, despite use-plaintiff's repeated demands.

19. On or about September 12, 2007, use-plaintiff sent its Notice to Contractor, pursuant to Miller Act 40, U.S.C. § 270(a) - 270(e) by first class certified mail. A copy of said Notice to Contractor are attached hereto and incorporated herein by reference as **Exhibit "A."**

20. A period of more than 90 days have elapsed since the last date on which use-plaintiff supplied quality control testing, equipment, supplies and/or services to WYLIE and use-plaintiff has not been paid in full, leaving a balance due, owing, and unpaid from WYLIE and TRAVELERS to use-plaintiff, pursuant to the Miller Act payment bonds provisions, of the principal sum of $100,767.75, together with interest thereon at the rate of ten percent (10%) interest from September 12, 2007, until paid.

21. In order to present its claim and prosecute this action, use-plaintiff has been compelled to engage the law firm of William M. Nolan Attorney at Law to enforce the agreement and prosecute this action.

22. Pursuant to the terms of the bond, use-plaintiff is entitled to reasonable attorney's fees incurred in connection with this matter.

**WHEREFORE,** use-plaintiff prays judgment against defendants, and each of them, as follows:

### ON ALL CLAIMS OF RELIEF AGAINST
### DEFENDANTS WYLIE AND SURETY

1. For the sum of $100,767.75;

2. For interest thereon at the rate of ten percent (10%) per annum from September 12, 2007, until paid;

4   COMPLAINT FOR BREACH OF CONTRACT

3. For reasonable attorney's fees;

4. For costs of suit incurred herein, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Dated: November 5, 2007

**WILLIAM M. NOLAN
ATTORNEY AT LAW**

By: /s/ William M. Nolan
William M. Nolan
Attorney for Use-Plaintiff
**TESTING ENGINEERS – SAN DIEGO, INC.**

5    **COMPLAINT FOR BREACH OF CONTRACT**

# EXHIBIT "A"

EXHIBIT A

## NOTICE TO CONTRACTOR ON FEDERAL PUBLIC WORKS PROJECT
### (Miller Act, 40 U.S.C. SECTION 270a - 270e)

TO:   <u>C.E. Wylie Construction Co.</u>, hereinafter "general or original contractor", whose address is:

<u>3777 Ruffin Road  San Diego, CA  92123</u>.

PLEASE TAKE NOTICE that the undersigned claimant has furnished: <u>Testing and Inspection Services</u>

<u>Owner: Department of the Navy, SOUTHWEST DIV NAVFAC – Lt. Keith Centner, CEC, USN</u>

<u>ROICC, Building 504  Naval Air Facility  El Centro, CA  92243-5008.</u>

<u>C.E. Wylie Construction Co., Building 110A, "A" Street  Naval Air Facility  El Centro, CA</u>

<u>92243 (jobsite address)</u> hereinafter "Subcontractor", on that certain federal public works project

commonly known as <u>Hanger Recapitalization, West Apron</u> located at <u>Naval Air Facility, El Centro,</u>

<u>CA</u> further described as Contract Number: <u>N68711 03-D-7058</u> Task Order: <u>0001, P-207</u> Bond

Company: <u>Travelers Casualty and Surety Company of America c/o John Burnham & Company</u>

<u>750 "B" Street, Suite 2400  San Diego, CA 92101-2476  Attn: Jack Lupien / Travelers Casualty and</u>

<u>Surety Company of America 33650 6th Avenue S., Suite 200 Federal Way, WA 98003</u>

Bond #: <u>104351126</u>

The amount and value of such labor, equipment, material, supplies and/or services furnished to

the subcontractor is the sum of <u>$466,111.25</u>, after deduction of offsets and credits.

Demand is hereby made upon you for payment of the sum of <u>$100,767.75.</u>

Date: 09-21-07

C.E. Wylie Construction

<u>7007 0710 0004 0346 7969</u>

Travelers Casualty and Surety Co of America

<u>7007 0710 0004 0346 7976</u>  San Diego, CA

<u>7007 0710 0004 0346 7983</u>  Federal Way, WA

Firm Name: Testing Engineers San Diego, Inc.

By: /s/ Laura Hobbs
    Laura Hobbs   Authorized Agent

Form Provided by: BEARD HOBBS, ATTORNEY AT LAW
7844 LA MESA BOULEVARD, LA MESA CA 91941-3610 (619) 698-0977
COPYRIGHT 1997, BEARD HOBBS, ATTORNEY AT LAW

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
The United States for the use and benefit of Testing Engineers

### DEFENDANTS
C.E. Wylie Construction Co.

(b) County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Southern San Diego California
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
'07 NOV -8 PM 12:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
William M. Nolan, Esq. (SBN 89995) Attorney at Law
7844 La Mesa Blvd., La Mesa, CA 91941 (619) 698-0977

Attorneys (If Known)
**07CV  2142  H (WMC)**

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 U.S.C. 270(a) -- 270(e) -- Miller Act
Brief description of cause:
Plaintiff supplied labor and materials to Federal project.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,767.75
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  11/01/2007
SIGNATURE OF ATTORNEY OF RECORD  /s/ William Nolan

**FOR OFFICE USE ONLY**
RECEIPT # 144316  AMOUNT $350.—  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____
11/8/07 /m/

ORIGINAL

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 144316    - SR

November 08, 2007
12:48:03

Civ Fil Non-Pris
USAO #.: 07CV2142 CIV. FIL.
Judge..: MARILYN L HUFF
Amount.:                    $350.00 CK
Check#.: BC#5535


Total-> $350.00


FROM: TESTING ENG. V. C.E. WYLIE
      CIVIL FILING