AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

FILED
07 NOV 14 PM 4:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

THE UNITED STATES for the use and benefit of
TESTING ENGINEERS - SAN DIEGO, INC., a California corporation,

V.

C.E. WYLIE CONSTRUCTION CO., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 20, inclusive,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 2142 H (WMC)

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William M. Nolan, Esq. (SBN 89995)
Attorney at Law
7844 La Mesa Boulevard
La Mesa, CA 91941-4646
T: (619) 698-0977
F: (619) 698-0978

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                    11/14/07

CLERK                                                      DATE
J. HINE

(By) DEPUTY CLERK