William M. Nolan, Esq. (SBN 89995)
Attorney at Law
7844 La Mesa Blvd.
LA Mesa, CA 91941-4646
Tel: (619) 698-0977
Fax: (619) 698-0978

Attorneys for Use-Plaintiff
**TESTING ENGINEERS – SAN DIEGO, INC.**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES for the use and benefit of TESTING ENGINEERS – SAN DIEGO, INC., a California corporation,<br><br>Use-Plaintiff,<br><br>v.<br><br>C.E. WYLIE CONSTRUCTION CO., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 20, inclusive,<br><br>Use-Defendants. | CASE NO. 07 CV 2142 H (WMC)<br><br>**JOINT MOTION FOR ORDER EXTENDING DEADLINE TO FILE RESPONSE TO COMPLAINT** |

    The undersigned affirm that a settlement of the within case has been reached, and that the parties are in the process of exchanging settlement documentation and payment which will fully and completely resolve the case, allowing it to be dismissed with prejudice. Based thereon, the undersigned, on behalf of their respective clients, hereby jointly move the court for an extension of the deadline for filing a response to the complaint by the defendants until December 27, 2007, to allow time to complete the settlement.

Dated: December 7, 2007        WILLIAM M. NOLAN
                                    ATTORNEY AT LAW
                                    By: _____/s William M. Nolan /_____
                                         William M. Nolan
                                         Attorney for Use-Plaintiff
                                         **TESTING ENGINEERS - SAN DIEGO, INC**

Dated: December 7, 2007

WATT, TIEDER, HOFFAR & FITZGERALD, LLP

By:   /s Rebecca S. Glos /
Rebecca S. Glos
Attorneys for Use-Defendants **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** and **C.E. WYLIE CONSTRUCTION CO.**

The foregoing Motion has been read and approved by attorney Rebecca S. Glos, who gave authorization for her signature to be affixed thereon as shown, in accordance with the local rules of the United States District Court for the Southern District of California.

Dated: December 7, 2007

**WILLIAM M. NOLAN**
**ATTORNEY AT LAW**

By:   /s William M. Nolan /
William M. Nolan
Attorney for Use-Plaintiff
**TESTING ENGINEERS – SAN DIEGO, INC**