# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES for the use and benefit of TESTING ENGINEERS – SAN DIEGO, INC., a California corporation,<br><br>      Use-Plaintiff,<br><br>v.<br><br>C.E. WYLIE CONSTRUCTION CO., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 20, inclusive,<br><br>      Use-Defendants. | CASE NO.  07 CV 2142 H (WMC)<br><br>**ORDER EXTENDING DEADLINE TO FILE RESPONSE TO COMPLAINT** |

    The Joint Motion to extend the deadline for filing a response to the complaint in the within case, filed by TESTING ENGINEERS-SAN DIEGO, INC., Use-Plaintiff, and C.E. WYLIE CONSTRUCTION CO. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Use-Defendants, has been received and reviewed by the Court.

    Good cause appearing, the motion is granted. The deadline for filing a response to the complaint by Use-Defendants C.E. WYLIE CONSTRUCTION CO. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA is extended to December 27, 2007.

Dated: December 11, 2007

                                     Marilyn L. Huff, District Judge
                                     United States District Court

COPIES TO: All Parties of Record