| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BEARD HOBBS & ASSOCIATES<br>BEARD HOBBS, ESQ. - SBN # SBN #147652<br>7844 LA MESA BLVD.<br>LA MESA, CA 91941-3610<br>TELEPHONE NO.(Optional): (619) 698-0977  FAX NO.(Optional) (619) 698-0978<br>EMAIL ADDRESS(Optional):<br>ATTORNEY FOR(Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF:
STREET ADDRESS: 880 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME:

PLAINTIFF/PETITIONER: TESTING ENGINEERS

DEFENDANT/RESPONDENT: C.E. WYLIE CONSTRUCTION

CASE NUMBER: 07CV2142H(WMC)

**PROOF OF SERVICE OF SUMMONS**

Ref No. or File No.: 00S43893-01/TESTINGENGINE

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents):*
   SUMMONS AND COMPLAINT;

3. a. Party Served: *(specify name of party as shown on the documents served):*
      TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

   b. Person Served: other *(specify name and relationship to party named in item 3a):* other *(specify name and relationsh*
      BECKY DEGEORGE, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:   2730 GATEWAY OAKS DRIVE, SUITE 100
                                          SACRAMENTO, CA 95833

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):November 21, 2007 (2) at (time): 12:43 pm

---

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure,§ 417.10

80.45

| PETITIONER: TESTING ENGINEERS | CASE NUMBER: |
|---|---|
| RESPONDENT: C.E. WYLIE CONSTRUCTION | 07CV2142H(WMC) |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   under the following Code of Civil Procedure section:
   [XX] 416.10 (corporation)

7. **Person who served papers**
   a. Name: EVELYN PETTENGELL
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $    80.45
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR
      (ii) Registration No.: 2003-45
      (iii) County : SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   November 30, 2007

EVELYN PETTENGELL
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                  (SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

41A/00S43893-01