| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>BEARD HOBBS & ASSOCIATES<br>BEARD HOBBS, ESQ. - SBN # SBN #147652<br>7844 LA MESA BLVD.<br>LA MESA, CA  91941-3610<br>   TELEPHONE NO.*(Optional)*  (619) 698-0977  FAX NO.*(Optional)*(619) 698-0978<br>   EMAIL ADDRESS*(Optional)*<br>   ATTORNEY FOR*(Name):* | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF:
STREET ADDRESS: 880 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF/PETITIONER:   TESTING ENGINEERS | CASE NUMBER:<br>07CV2142H(WMC) |
| DEFENDANT/RESPONDENT:   C.E. WYLIE CONSTRUCTION CO. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.<br>00S43892-01/TESTINGENGINE |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of the summons and
   e. other *(specifiy documents):*
   SUMMONS AND COMPLAINT;

3. a. Party Served: *(specify name of party as shown on the documents served):*
      C.E. WYLIE CONSTRUCTION CO.

   b. Person Served: other *(specify name and relationship to party named in item 3a):*
      EDWARD WAYNE WYLIE, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:          3777 RUFFIN ROAD
                                                SAN DIEGO, CA 92123

5. I served the party *(check proper box)*
   b. **by substituted service.** On (date):November 21, 2007 at (time): 09:49 am I left the documents listed in item
      2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      CARRIE ROBB, PERSON IN CHARGE
   (1)  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
        of the person to be served. I informed him or her of the general nature of the papers.
   (4)  a declaration of mailing is attached

| PETITIONER: TESTING ENGINEERS | CASE NUMBER: |
|---|---|
| RESPONDENT: C.E. WYLIE CONSTRUCTION CO. | 07CV2142H(WMC) |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    under the following Code of Civil Procedure section:
      [XX] 416.10 (corporation)

7. **Person who served papers**
  a. Name: PATRICK STENSON
  b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
  c. Telephone: (619) 299-2012
  d. *The fee* for service was: $    40.45
  e. I am: (3) a registered California process server
      (i) EMPLOYEE OF REGISTERED PROCESS SERVER
      (ii) Registration No.: 1249
      (iii) County : SAN DIEGO

8. I declare under penalty of perjury under the laws of  the State of California that the foregoing is true and correct.

Date:    November 21, 2007


PATRICK STENSON
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure,§ 417.10

41C/00S43892-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| BEARD HOBBS & ASSOCIATES<br>BEARD HOBBS, ESQ. - SBN # SBN #147652<br>7844 LA MESA BLVD.<br>LA MESA, CA  91941-3610 | | (619) 698-0977 | |
| | | REFERENCE NUMBER<br>00S43892-01 | |
| ATTORNEY FOR (NAME) | | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
TESTING ENGINEERS vs. C.E. WYLIE CONSTRUCTION CO.

| DECLARATION OF MAILING | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>07CV2142H(WMC) |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of San Diego, California.  I am over the age of 18 and not a party to this action.  My business address is 3500 Fifth Avenue, #202, San Diego, CA 92103

On November 21, 2007, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
   SUMMONS AND COMPLAINT;

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at  SAN DIEGO, California, addressed as follows:

**C.E. WYLIE CONSTRUCTION CO., c/o EDWARD WAYNE WYLIE, PERSON AUTHORIZED TO ACCEPT**
**3777 RUFFIN ROAD**
**SAN DIEGO, CA 92123**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on November 21, 2007 at   San Diego, California.

**Fee for service:**    $  40.45

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . . . .  San Diego . . . . .  County,
Number: . . . . . . . .  1249 . . . . . . . .

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**
**(619)299-2012**

322/00S43892-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . November 21, 2007 . . . . . . . . . .
at: . . . . . . . . . San Diego . . . . . . . ., California.
Signature:
Name: R. Mericle
Title: Employee