William M. Nolan, Esq. (SBN 89995)
Attorney at Law
7844 La Mesa Blvd.
LA Mesa, CA 91941-4646
Tel:  (619) 698-0977
Fax:  (619) 698-0978

Attorneys for Use-Plaintiff
**TESTING ENGINEERS – SAN DIEGO, INC.**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES for the use and benefit of TESTING ENGINEERS – SAN DIEGO, INC., a California corporation,<br><br>  Use-Plaintiff,<br><br>v.<br><br>C.E. WYLIE CONSTRUCTION CO., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 20, inclusive,<br><br>  Use-Defendants. | CASE NO.  07 CV 2142 H (WMC)<br><br>**MOTION FOR ORDER OF DISMISSAL** |

The undersigned affirms that the above-entitled case has been settled. Based thereon, the undersigned, on behalf of plaintiff Testing Engineers – San Diego, Inc., hereby moves the court for dismissal of the above-referenced case, with prejudice.

Dated:  December 26, 2007

**WILLIAM M. NOLAN
ATTORNEY AT LAW**

By: _/s/ William M. Nolan_
William M. Nolan
Attorney for Use-Plaintiff
**TESTING ENGINEERS - SAN DIEGO, INC.**

1