1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | THE UNITED STATES for the use and
12 | benefit of TESTING ENGINEERS - SAN
DIEGO, INC., a California corporation,

CASE NO. 07-CV-2142 H (WMC)

**ORDER DISMISSING CASE**

13
                                    Use-Plaintiff,
14 |         vs.

Fed. R. Civ. P. 41(a)

15 | C.E. WYLIE CONSTRUCTION CO., a
California corporation; TRAVELERS
16 | CASUALTY AND SURETY
COMPANY OF AMERICA, a
17 | Connecticut corporation; and DOES 1
through 20, inclusive,
18
                                  Use-Defendants.

19        On November 8, 2007, use-plaintiff Testing Engineers – San Diego, Inc. ("Testing

20 Engineers"), filed a complaint. (Doc. No. 1.) To date no defendant has filed a response to the

21 complaint.   On December 26, 2007, Testing Engineers filed a motion for dismissal with

22 prejudice. (Doc. No. 7.) The Court grants the motion filed by Testing Engineers and orders

23 the case dismissed with prejudice.

24 IT IS SO ORDERED.

25 DATED:  January 2, 2008

26
                                        _____
27                                      MARILYN L. HUFF, District Judge
                                        UNITED STATES DISTRICT COURT
28

07cv2142