# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES for the use and benefit of
TESTING ENGINEERS - SAN DIEGO, INC., a
California corporation

V.

C.E. WYLIE CONSTRUCTION CO., a California
corporation; TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, a
Connecticut corporation; and DOES 1 through 20,
inclusive

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07-CV-2142-H(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Testing Engineers filed a motion for dismissal with prejudice. The Court grants the motion filed by Testing Engineers and orders the case dismissed with prejudice.

| January 3, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Garcia
(By) Deputy Clerk

ENTERED ON January 3, 2008

07-CV-2142-H(WMC)